IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | |
| **RAYMOND LOPEZ [1]** <br> **Defendant.** | CRIMINAL NO. 16-mj-1620 (BJM) |

## UNITED STATES' RESPONSE TO MOTION FOR RETURN OF SURETY FILED AT DE 64

TO THE HONORABLE COURT:

The defendant has already been sentenced in the SDNY on 16-175 (LGS). Therefore, the United States has no objection to the return of the surety

**WHEREFORE**, in view of the foregoing, the United States of America does not object to the granting of the motion filed at DE 64.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 11th day of April 2019.

                                                    ROSA EMILIA RODRIGUEZ-VELEZ
                                                    United States Attorney

                                                    *Marc Chattah*
                                                    Marc Chattah - USDC No. G02606
                                                    Assistant U.S. Attorney
                                                    United States Attorney's Office
                                                    350 Torre Chardon, Suite 1201
                                                    Carlos Chardon Avenue
                                                    Hato Rey, PR  00918
                                                    Tel. (787)766-5656
                                                    Email:marc.s.chattah@usdoj.gov

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 11th day of April, 2019.

*s/ Marc Chattah*
Marc Chattah
U.S.D.C. No. G02606